## WELCH v. SYNOGROUND.

Where appellant has filed no brief, though more than six months have elapsed since the case was placed on the calendar and regularly submitted for decision, the court will presume that the appeal has been abandoned, and will either dismiss the same or affirm the judgment, as it may deem proper.

(Opinion filed Dec. 29, 1903.)

Appeal from circuit court, Brown county; HON. A. W. CAMPBELL, Judge.

Action by James H. Welch against N. O. P. Synoground. From a judgment for defendant, plaintiff appeals. Appeal dismissed.

*S. H. Cranmer*, for appellant.

*F. H. Campbell* and *K. McKenzie*, for appellee.

CORSON, J. The abstract in this case was filed in this court on March 9, 1903, and the case placed on the April, 1903, calendar, and regularly submitted for decision under rule 21 of this court. Although more than six months have elapsed since such submission, no brief has been filed on the part of the appellant, and in such case this court will presume that the appeal has been abandoned, and will either dismiss the same or affirm the judgment, as it may deem proper. Benedict v. Smith, 10 S. D. 35, 71 N. W. 139; Giles v. Hawkeye M. Co., 11 S. D. 222, 76 N. W. 928; Russel v. Deadwood Development Co. 16 S. D. 644 94 N. W. 693. In this case the appeal will be dismissed, and it is so ordered.